| | |
|---|---|
| 1 | H. SINCLAIR KERR, JR. (61713) |
| | MICHAEL VON LOEWENFELDT (178665) |
| 2 | ADRIAN J. SAWYER (203712) |
| | **KERR & WAGSTAFFE LLP** |
| 3 | 100 Spear Street, Suite 1800 |
| | San Francisco, CA 94105–1528 |
| 4 | Telephone: (415) 371-8500 |
| | Fax: (415) 371-0500 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | ELECTRONICS FOR IMAGING, INC. |
| 7 | GARY R. SELVIN (112030) |
| | ROLF LINDENHAYN (178853) |
| 8 | **SELVIN WRAITH HALMAN LLP** |
| | 500 12th Street, Suite 340 |
| 9 | Oakland, CA 94607 |
| | Telephone: (510) 874-1811 |
| 10 | Fax: (510) 465-8976 |
| 11 | Attorneys for Defendant |
| | ATLANTIC MUTUAL INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC. | Case No. C 06-3947 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ON THE DUTY TO DEFEND** |
| v. | |
| ATLANTIC MUTUAL INSURANCE CO., | |
| Defendant. | Hon. Charles R. Breyer |

1   WHEREAS, Plaintiff Electronics for Imaging, Inc. ("EFI") intends to file a motion for
2   partial summary judgment that Defendant Atlantic Mutual Insurance Co. ("Atlantic Mutual") had
3   a duty to defend the claims against EFI by J&L Electronics LLC in *J&L Electronics, LLC v.*
4   *Electronics For Imaging, Inc.*, case numbers CV-S-020266-KJD-LRL (D. Nev.), CV 04-0914
5   PHX (D. Ariz.), and  05 0619 MJJ (N.D. Cal.), and that Atlantic Mutual breached that duty; and
6   WHEREAS, Atlantic Mutual intends to file a cross-motion for summary judgment that it
7   had no duty to defend; and
8   WHEREAS, the Court has set a hearing date for the cross-motions of December 15,
9   2006; and
10  WHEREAS, the parties mutually agree that a modified briefing schedule involving
11  simultaneous opening briefs and then simultaneous oppositions, with no reply briefs, would be
12  more appropriate and efficient for the parties and the Court; and
13  WHEREAS, this stipulation does not decrease the amount of time provided to the Court
14  to review the motion papers pursuant to Civil Local Rule 7-3;
15  IT IS HEREBY STIPULATED THAT
16  1.   Plaintiff and defendant shall each file their moving papers on or before November
17  10, 2006 (the parties recognize that date is a federal holiday); and
18  2.   Plaintiff and defendant shall each file an opposition brief responding to the other
19  side's moving papers on or before December 1, 2006.
20  3.   No further briefs shall be filed by either side without a prior Court order.
21  IT IS SO STIPULATED.
22
23  DATED:  October 5, 2006                **KERR & WAGSTAFFE LLP**
24
25                                          By  _____
                                                Michael von Loewenfeldt
26                                              Adrian J. Sawyer
27                                          Attorneys for Plaintiff
                                            ELECTRONICS FOR IMAGING, INC.
28

C06-3947 CRB                         - 1 -                STIPULATED FACTS AND DOCUMENTS ISO
                                                          CROSS-MOTIONS ON DUTY TO DEFEND

DATED: October 5, 2006                     SELVIN WRAITH HALMAN LLP

                                           By /s/ Rolf Lindenhayn
                                           Gary R. Selvin
                                           Rolf Lindenhayn

                                           Attorneys for Defendant
                                           ATLANTIC MUTUAL INSURANCE COMPANY

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 06, 2006



Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE