1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5
   Attorneys for Plaintiff
6  ELECTRONICS FOR IMAGING, INC.

7  GARY R. SELVIN (112030)
   **SELVIN WRAITH HALMAN LLP**
8  500 12th Street, Suite 340
   Oakland, CA 94607
9  Telephone: (510) 874-1811
   Fax: (510) 465-8976
10
   Attorneys for Defendant
11 ATLANTIC MUTUAL INSURANCE COMPANY

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 | ELECTRONICS FOR IMAGING, INC. | Case No. C 06-3947 CRB |
17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO ALLOW TIME FOR MEDIATION** |
18 | v. | |
19 | ATLANTIC MUTUAL INSURANCE CO., | |
20 | | Hon. Charles R. Breyer |
21 | Defendant. | |

1    WHEREAS, on December 15, 2006, the Court granted Plaintiff Electronics for Imaging,
2 Inc.'s ("EFI") motion for partial summary judgment, and denied Defendant Atlantic Mutual
3 Insurance Co.'s ("Atlantic Mutual") motion for summary judgment;
4    WHEREAS, a further case management conference is currently scheduled for Friday,
5 February 2, 2007, at 8:30 a.m.; and
6    WHEREAS, EFI and Atlantic Mutual intend to mediate this matter within approximately
7 the next 30 days, and are in the process of selecting a mediator and scheduling a mediation:
8    IT IS HEREBY STIPULATED THAT the case management conference currently
9 scheduled for February 2, 2007 is continued to Friday, March 16, 2007, at 8:30 a.m., to allow the
10 parties to complete a mediation.

12 DATED: January 23, 2007          **KERR & WAGSTAFFE LLP**

14                                  By ____/s/_____
                                    Michael von Loewenfeldt
15                                  Adrian J. Sawyer

16                                  Attorneys for Plaintiff
                                    ELECTRONICS FOR IMAGING, INC.

19 DATED: January 23, 2007          **SELVIN WRAITH HALMAN LLP**

21                                  By _____
                                    Gary R. Selvin

                                    Attorneys for Defendant
23                                  ATLANTIC MUTUAL INSURANCE COMPANY

C 06-3947 CRB                - 1 -        STIPULATION AND [PROPOSED] ORDER
                                          CONTINUING CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the case management conference currently scheduled for Friday, February 2, 2007, is continued to Friday, March 16, 2007, at 8:30 a.m.

DATED: January 25, 2007



Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE