1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5
   Attorneys for Plaintiff
6  ELECTRONICS FOR IMAGING, INC.

7  GARY R. SELVIN (112030)
   **SELVIN WRAITH HALMAN LLP**
8  500 12th Street, Suite 340
   Oakland, CA 94607
9  Telephone: (510) 874-1811
   Fax: (510) 465-8976
10
   Attorneys for Defendant
11 ATLANTIC MUTUAL INSURANCE COMPANY

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  ELECTRONICS FOR IMAGING, INC. | Case No. C 06-3947 CRB |
| 17  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 16, 2007 CASE MANAGEMENT CONFERENCE IN LIGHT OF MARCH 15, 2007, MEDIATION** |
| 18       v. | |
| 19  ATLANTIC MUTUAL INSURANCE CO., | |
| 20  Defendant. | Hon. Charles R. Breyer |
| 21 | |

1    WHEREAS, on December 15, 2006, the Court granted Plaintiff Electronics for Imaging,

2 Inc.'s ("EFI") motion for partial summary judgment, and denied Defendant Atlantic Mutual

3 Insurance Co.'s ("Atlantic Mutual") motion for summary judgment;

4    WHEREAS, a previous case management conference in this matter had been scheduled

5 for Friday, February 2, 2007; and

6    WHEREAS, on January 30, 2007, the Court continued the case management conference

7 to March 16, 2007, to allow time for the parties to mediate this dispute;

8    WHEREAS, the parties have agreed to mediate this dispute on March 15, 2007, before

9 Hon. David A. Garcia (Ret.) at JAMS in San Francisco, and have confirmed that date with

10 JAMS;

11   WHEREAS, March 15, 2007, was the first available date for a mediation with a mutually-

12 acceptable mediator;

13   WHEREAS, it would promote judicial economy to continue the case management

14 conference until a date two weeks after the mediation:

15   IT IS HEREBY STIPULATED THAT the case management conference currently

16 scheduled for March 16, 2007 is continued to Friday, March 30, 2007, at 8:30 a.m.

18 DATED: March 7, 2007             **KERR & WAGSTAFFE LLP**

20                                  By _____/s/_____
                                        Michael von Loewenfeldt
21                                      Adrian J. Sawyer

22                                      Attorneys for Plaintiff
                                        ELECTRONICS FOR IMAGING, INC.

C 06-3947 CRB              - 1 -           STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING CASE MANAGEMENT CONFERENCE

1  DATED:  March 7, 2007                              **SELVIN WRAITH HALMAN LLP**

3                                                By  _____/s/_____
                                                     Gary R. Selvin
4                                                    Patrick Quigley

5                                                    Attorneys for Defendant
                                                     ATLANTIC MUTUAL INSURANCE COMPANY

8                                        **[PROPOSED] ORDER**

9       PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the case

management conference currently scheduled for Friday, March 16, 2007, is continued to Friday,

March 30, 2007, at 8:30 a.m.

13  DATED:  March  8, 2007



                                                     _____
                                                     Hon. Charles R. Breyer
                                                     UNITED STATES DISTRICT JUDGE

C 06-3947 CRB                           - 2 -                    STIPULATION AND [PROPOSED] ORDER
                                                                 CONTINUING CASE MANAGEMENT CONFERENCE